UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.,

                Plaintiff,

-v-

FPR SPECIALTY PHARMACY, LLC, et al.,

                Defendants.

16 Civ. 5204 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 2, 2020, the Court signed stipulations and orders of settlement between the United States and relator, Dkt. 13, and between the United States and defendants FPR Specialty Pharmacy, LLC, Mead Square Pharmacy, Inc., Christopher K. Casey, and William Rue, Dkts. 14–15. This case remained open for the sole purpose of resolving the issue of relator's attorneys' fees and costs. The Court orders the parties to file a joint letter by August 12, 2020, updating the Court as to the status of this issue.

    SO ORDERED.

                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated:  August 5, 2020
          New York, New York