

KIRBY McINERNEY LLP
250 Park Avenue, Suite 820, New York, NY 10177
Tel. 212.371.6600   Fax. 212.751.2540
WWW.KMLLP.COM

August 10, 2020

<u>VIA ECF</u>

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    *United States ex rel. Doe v. FPR Specialty Pharmacy, LLC, et al.*,
              No. 16 Civ. 5204 (PAE)

Dear Judge Engelmayer:

      The parties in the referenced case submit this letter jointly in response to the Court's Order of August 5, 2020, which asked for a joint letter updating the Court on the status of the one outstanding issue in this case: the issue of relator's attorneys' fees and costs.

      The parties report that they have resolved the issue of relator's attorneys' fees and costs, and that the resolution entails payments to be made over time.  Accordingly, with the exceptions of Defendant Rue's obligation to pay settlement monies over time, and of all non-dismissed Defendants to pay relators' attorneys' fees and costs over time, this action has concluded.  The last date on which these obligations are expected to be paid is April 2, 2025.

      Respectfully,

      /s/ Randall M. Fox

      Randall M. Fox

cc:    Jean-David Barnea, Esq. (*counsel for the United States*)
       John F. Speranza, Esq. (*counsel for Defendant Rue*)
       David Rothenberg, Esq. (*counsel for Defendants Casey, FPR Specialty Pharmacy, LLC, and Mead Square Pharmacy, Inc.*)

The Court thanks counsel for this update. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

August 12, 2020

NEW YORK  |  CALIFORNIA